An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PETER JASON HELFRICH,<br>Petitioner,<br>vs.<br>THE FIFTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF NYE,<br>Respondent. | No. 67092 |



FILED

JAN 15 2015

*ORDER DENYING PETITION*

This is a petition for a writ of mandamus. Petitioner seeks an order directing the district court to resolve his appeal from a conviction arising in the justice court. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01623

cc: Peter Jason Helfrich
Attorney General/Carson City
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2